**Tarence Terrell LINDSAY,**
**Plaintiff–Appellant,**

v.

**C.T. RANSDELL; et al., Defendants–**
**Appellees.**

No. 00–17404.

D.C. No. CV–97–01864–FCD.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2001.*

Decided July 20, 2001.

Before KOZINSKI, T.G. NELSON, and TALLMAN, Circuit Judges.

MEMORANDUM **

California state prisoner Tarence Terrell Lindsay appeals pro se the district court's

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

denial of his motions to reopen his 42 U.S.C. § 1983 action dismissed with prejudice pursuant to a Stipulation for Dismissal based on a Settlement Agreement and General Release. We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion a district court's denial of a Federal Rule of Civil Procedure 60(b) motion, *Lehman v. U.S.*, 154 F.3d 1010, 1017 (9th Cir.1998), and we affirm.

Because Lindsay failed to establish extraordinary circumstances, the district court did not abuse its discretion by dismissing his Rule 60(b) motions. *See id.*

Lindsay's remaining contentions lack merit.

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.